UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

K.D.R.,

      Plaintiff,

v.                                                                    Case No.:  2:24-cv-1076-SPC-KCD

ALEXANDER L. KEELEY,
CORRECTIONS MONITOR;
DARLA SALLIN, RRC MANAGER;
KATE GEIST, CORRECTIONS
DIRECTOR; SALVATION ARMY;
CASSANDRA HIRSCHY; MARY
LEDOUX,

      Defendants.

_____/

## **OPINION AND ORDER**

Before the Court is United States Magistrate Judge Kyle C. Dudek's Report and Recommendation. (Doc. 8). Judge Dudek recommends dismissing this case without prejudice because Plaintiff failed to pay the filing fee or move to proceed in forma pauperis. No party objected, so the matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," the magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1)(C). In the absence of specific objections, there is no requirement

that a district judge review the Report and Recommendation de novo. *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Instead, when parties don't object, a district court need only correct plain error as demanded by the interests of justice. *See, e.g.*, *Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150-52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. It accepts and adopts the Report and Recommendation in full.

Accordingly, it is now

**ORDERED:**

1. United States Magistrate Judge Kyle C. Dudek's Report and Recommendation (Doc. 8) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.

2. This case is **DISMISSED without prejudice.**

3. The Clerk is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on March 3, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record